peals for the Fifth Circuit denied. *Mr. Lloyd B. Kanter* for petitioners. *Messrs. J. Thomas Gurney* and *Hugh Ackerman* for respondents.

No. 114. AMERICAN MUTUAL LIABILITY INSURANCE CO. *v.* ADLER. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Justin C. Despit* for petitioner. *Mr. Fred G. Benton* for respondent.

No. 116. DESPATCH SHOPS, INC. *v.* VILLAGE OF EAST ROCHESTER ET AL. October 9, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Daniel M. Beach* for petitioner. *Mr. Percival D. Oviatt* for respondents.

No. 119. CASEY, TRUSTEE, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE CO. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Thomas J. Casey, pro se. Mr. G. K. Richardson* for respondent.

No. 120. UNDERWOOD ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Russell Hardy* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Walter J. Cummings, Jr.* and *Jacob N. Wasserman* for respondent.